UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD, LLC, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV155 JCH |
| ) | |
| IPC, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Cretex Companies, Inc.'s Motion for Protective Order (ECF No. 102) and Defendant IPC, Inc.'s Motion for Protective Order (ECF No. 104), both filed on December 30, 2011. Defendant Cretex Companies, Inc., argues, among other things, that the notice of deposition for its corporate designee conflicts with Rule 30(d)(1) of the Federal Rules of Civil Procedure by requiring its representative to appear for a two-day deposition. Under Rule 30(d)(1), "[u]nless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours."

Upon consideration, the Court will grant Defendant Cretex Companies, Inc.'s motion to the extent that the notice of deposition of its corporate designee conflicts with Rule 30(d)(1) of the Federal Rules of Civil Procedure, and deny Defendant Cretex Companies, Inc.'s motion to the extent it seeks any additional relief. The Court will deny Defendant IPC, Inc.'s motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Cretex Companies, Inc.'s Motion for Protective Order (ECF No. 102) is **GRANTED** to the extent it seeks to limit the deposition of its corporate designee to one day of seven hours.

- 2 -

**IT IS FURTHER ORDERED** that Defendant Cretex Companies, Inc.'s Motion for Protective Order (ECF No. 102) is **DENIED** to the extent it seeks any relief beyond limiting the deposition of its corporate designee to one day of seven hours.

**IT IS FURTHER ORDERED** that Defendant IPC, Inc.'s Motion for Protective Order (ECF No. 104) is **DENIED**.

Dated this   5th   day of January, 2012.


                                        /s/Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE